Argued and submitted May 11, 2000, decision of the Court of Appeals affirmed by an equally divided court March 8, 2001

STATE OF OREGON,
*Petitioner on Review,*

*v.*

WILLIAM D. KRUCHEK,
*Respondent on Review.*

(CC 95-12-39452; CA A92706; SC S46175)

20 P3d 180

Robert B. Rocklin, Assistant Attorney General, Salem, argued the cause for petitioner on review. Kaye McDonald Sunderland, Assistant Attorney General, filed the petition. With her on the petition were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Peter Gartlan, Chief Deputy Public Defender, Salem, argued the cause for respondent on review. With him on the briefs was David E. Groom, Public Defender.

Before Carson, Chief Justice, and Gillette, Durham, and Leeson, Justices.**

MEMORANDUM OPINION

The decision of the Court of Appeals is affirmed by an equally divided court.

** Van Hoomissen, J., retired December 31, 2000, and did not participate in the decision of this case; Kulongoski, Riggs, and De Muniz, JJ., did not participate in the consideration or decision of this case.